DAVID DAVIDSON, Respondent, *v.* CANNABIS MANUFACTURING COMPANY, Appellant.

*Davidson* v. *Cannabis Manuf. Co.*, 113 App. Div. 664, appeal dismissed.
(Submitted February 18, 1907; decided February 26, 1907.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 21, 1906, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to compel specific performance of a contract for the sale of real property.

The motion was made upon the ground that by reason of the unanimous affirmance by the Appellate Division no question was presented which the Court of Appeals had jurisdiction to review.

*Benjamin F. Feiner* for motion.

*Hector M. Hitchings* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

---

In the Matter of the Petition of TRUSTEES OF THE UNIVERSITY MAGAZINE COMPANY for a Voluntary Dissolution.

RUFORD FRANKLIN, as Receiver, Appellant; AMERICAN SURETY COMPANY, Respondent.

Reported below, 83 App. Div. 641.
(Argued February 18, 1907; decided February 26, 1907.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court, entered May 8, 1903, which reversed an order of Special Term denying a motion for an order directing the receiver to pay a certain sum of money to the respondent herein and granted such motion.

The motion was made upon the ground that the undertaking was not served within the required time.

*Rutherford Towner* for motion.

*McDougall Hawkes* opposed.

Motion denied.